931 A.2d 609

IN THE MATTER OF ANDRE L. MCGUIRE, AN ATTORNEY
AT LAW (ATTORNEY NO. 022641985).

September 27, 2007.

ORDER

The Disciplinary Review Board having filed its decision with the Court in DRB 06–172, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **ANDRE L. McGUIRE**, formerly of **RAHWAY**, who was admitted to the bar of this State in 1985, and who has been temporarily suspended from the practice of law since February 24, 2006, should be disbarred based on his criminal conviction in the State of Connecticut of four counts of violation of Connecticut General Statute § 53(a)–72(a)(2), conduct in violation of *RPC* 8.4(b)(commission of a criminal act that reflects adversely on attorney's honesty, trustworthiness or fitness);

And **ANDRE L. McGUIRE** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ANDRE L. McGUIRE** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **ANDRE L. McGUIRE** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

472

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.